951 A.2d 257

**Theodore KIRSCH, Jacob Steinberg, Thomas Doyle, and William Gormley, Petitioners**

v.

**COMMONWEALTH of Pennsylvania, PUBLIC SCHOOL EMPLOYEES' RETIREMENT BOARD, Respondent.**

Supreme Court of Pennsylvania.

June 11, 2008.

*ORDER*

PER CURIAM.

**AND NOW** this 11th day of June, 2008, the Petition for Allowance of Appeal is hereby **GRANTED.** The issues, as stated by Petitioners, are:

1. Did the Commonwealth Court err by interpreting the "Leave for service with a collective bargaining organization" Section 8102 of the Retirement Code as preventing Petitioners from receiving full credit for the final average salaries

they earned while serving as officers in a collective bargaining organization?

2. Did the Commonwealth Court err by holding that Petitioners' salaries artificially enhanced or inflated their retirement benefits?